IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHANON ROY SANTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-21-3489 |
| | § | |
| OCEANEERING INTERNATIONAL, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Defendant Chevron U.S.A. Inc.'s Request for a Status Conference (Document No. 64). Having considered the motion, submissions, and Fifth Circuit Court of Appeal's instructions, the Court determines that the request should be denied. Accordingly, the Court hereby

**ORDERS** that Defendant Chevron U.S.A. Inc's Request for a Status Conference (Document No. 64) is **DENIED**.

SIGNED at Houston, Texas, on this 21 day of October, 2024.

_____
DAVID HITTNER
United States District Judge