IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHANON ROY SANTEE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. H-21-3489 |
| § | |
| OCEANEERING § | |
| INTERNATIONAL, INC., *et al*, § | |
| § | |
| Defendants. | |

## ORDER

Before the Court is the Fifth Circuit Court of Appeal's mandate instructing the Court to remand the present matter back to state court (Document No. 62). Having considered the Fifth Circuit Court of Appeal's instructions, the Court determines that this matter shall be remanded back to the 165th Judicial District Court of Harris County. Accordingly, the Court hereby

**ORDERS** that the present matter is **REMANDED** back to the 165th Judicial District Court of Harris County, Texas.

SIGNED at Houston, Texas, on this **21** day of October, 2024.

DAVID HITTNER
United States District Judge